May 23, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

RICK D. BATY, Appellant

NO. 14-11-00663-CV                                    V.

BOWEN, MICLETTE & BRITT, INC., SAMUEL F. BOWEN, DAVID G. MICLETTE, AND EDWARD G. BRITT, JR., Appellees

_____

This cause, an appeal from the judgment signed on July 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Rick D. Baty to pay all costs incurred in this appeal. We further order this decision certified below for observance.